UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,
    Plantiff,

v                                                             Case No. 11-20178-03
                                                            HON. Patrick J. Duggan

Pinkie Lewis,
    Defendant

_____/

**ORDER AMENDING CONDITIONS OF BOND**

This matter having come before the Court and the Court being fully advised hereby amends the conditions of bond to include:

1-Furnish all telephone number's, email accounts and any other social networking account information to Pretrial Services
2-Global Positioning Tether (GPS)
3-May leave for Work, school, medical emergencies, court appointments, attorney visits, church services on Sunday's and to report as directed to Pretrial Services
4-Not to have any access to personal information of patients through current or future employment

        **SO ORDERED.**

                              <u>s/Patrick J. Duggan</u>
                              **United States District Judge**

Dated: September 28, 2011